**FILED**

SEP 1 8 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-cr-00348-JAD-PAL |
| RONALD DAVID KIRSH, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 18, 2013, defendant RONALD DAVID KIRSH pled guilty to Count One of a One-Count Criminal Information charging him in Count One with Transportation with Intent to Engage in Criminal Sexual Activity in violation of Title 18, United States Code, Section 2422(a). Criminal Information, ECF No. __; Change of Plea Minutes, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant RONALD DAVID KIRSH agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information. Criminal Information, ECF No. __; Change of Plea Minutes, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and the offense to which defendant RONALD DAVID KIRSH pled guilty.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2428(a)(1) and (a)(2); Title 18, United States Code, Section 2428(b)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 2428(b)(1)(B) and Title 28, United States Code, Section 2461(c):

a) an Apple iPhone 4 SN C39GXVFEDT9V;
b) an iPad 64GB, SN DN6FP5R2DFJ3 with case, keyboard and stylus;
c) 2006 Toyota Avalon 4-door VIN #4T1BK36B76U065325;
d) A Black A&S computer black tower SN H720510917;
e) A Black A&S computer black tower SN 16282025800679;
f) A 1GB thumb drive blue;
g) A Hitatchi 160 GB internal hard drive SN Z2274RMN;
h) Aptiva 4GB USB thumb drive;
i) A Sony VAIO SN C3LLZBNV; and
j) 2 Apple iPhones with unknown serial numbers ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RONALD DAVID KIRSH in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>   Michael A. Humphreys
>   Assistant United States Attorney
>   Daniel D. Hollingsworth
>   Assistant United States Attorney
>   Lloyd D. George United States Courthouse
>   333 Las Vegas Boulevard South, Suite 5000
>   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 18th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE