RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RONALD KIRSH,<br><br>　　　　Defendant. | 2:13-CR-00348-JAD-PAL |

## ORDER SEALING TWO EXHIBITS TO DEFENDANT'S SENTENCING MEMORANDUM

The Court having considered the Defendant's Motion for an Order to Seal the Two Exhibits to Defendant's Sentencing Memorandum, and good cause appearing hereby,

**ORDERS** that the Defendant may submit the following two Exhibits to the Court under seal:

1. Psychosexual evaluation performed by John Pacult, LCSW;
2. Discharge letter from the Meadows;

**IT IS SO ORDERED.**

Dated this 12th day of December, 2013.

_____
U.S. DISTRICT COURT JUDGE