

FILED
DEC 16 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RONALD DAVID KIRSCH,<br><br>　　　　　Defendant. | 2:13-CR-348-JAD-(PAL) |

**FINAL ORDER OF FORFEITURE**

On September 18, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2428(a)(1) and (a)(2); Title 18, United States Code, Section 2428 (b)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 2428 (b)(1)(B) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant RONALD DAVID KIRSCH to the criminal offense, forfeiting specific property agreed to in the Plea Agreement and alleged in the Information and shown by the United States to have the requisite nexus to the offense to which defendant RONALD DAVID KIRSCH pled guilty. Information, ECF No. 4; Plea Agreement, ECF No. 6; Preliminary Order of Forfeiture, ECF No. 8; Change of Plea, ECF No. 11.

This Court finds the United States of America published the notice of forfeiture in accordance with the law on October 18, 2013 through November 16, 2013 of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 12.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 2428(a)(1) and (a)(2); Title 18, United States Code,
9  Section 2428 (b)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 18, United States
10 Code, Section 2428 (b)(1)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United
11 States Code, Section 853(n)(7) and shall be disposed of according to law:

12  1.  an Apple iPhone 4 SN C39GXVFEDT9V;
13  2.  an iPad 64GB, SN DN6FP5R2DFJ3 with case, keyboard and stylus;
14  3.  2006 Toyota Avalon 4-door VIN #4T1BK36B76U065325;
15  4.  a Black A&S computer black tower SN H720510917;
16  5.  a Black A&S computer black tower SN 16282025800679;
17  6.  a 1GB thumb drive blue;
18  7.  a Hitachi 160 GB internal hard drive SN Z2274RMN;
19  8.  Aptiva 4GB USB thumb drive;
20  9.  a Sony VAIO SN C3LLZBNV; and
21  10. 2 Apple iPhones with unknown serial numbers.

22  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
23  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
24  income derived as a result of the United States of America's management of any property forfeited
25  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
26  . . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 16th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

3